# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:15-cr-17 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| CHRISTOPHER LEVON GROSS ) | |
| ) | Magistrate Judge Susan K. Lee |
| ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find that Defendant shall remain in custody until sentencing in this matter. (Doc. 18.) Neither party filed a timely objection to the R&R. After reviewing the record, the Court agrees with the Magistrate Judge's R&R. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's R&R (Doc. 18) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **October 7, 2016, at 2:00 p.m. [Eastern]** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/ Travis R. McDonough
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**